

1835 MARKET STREET, SUITE 515
PHILADELPHIA, PA 19103
(215) 569-1999    FAX (215) 569-3870

SIDNEY L. GOLD * +
WILLIAM RIESER*
JAMIE L. FORD*
BRIAN C. FARRELL*
MARGARET KING*
GIUSEPPE V. GALANTUOMO

\*          ALSO ADMITTED IN NEW JERSEY
\+         ALSO ADMITTED IN NEW YORK

August 23, 2024

Honorable Juan R. Sánchez
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 14613
Philadelphia, PA 19106

     **Re:   Daniel Flynn v. Susquehanna International Group, LLP
            and Sarah Pulsfort
            <u>U.S. Eastern District of Pa., Civil Action No.: 23-4782</u>**

Dear Judge Sánchez:

    This is to advise that the above-captioned matter has settled between the parties. Therefore, a Rule 41.1(b) Order indicating that the matter has been settled can now be entered.

    Thank you for your attention herein.

                                                 Respectfully,

                                               *William Rieser*
                                               WILLIAM RIESER

WR | ars

cc:   Frank A. Chernak, Esquire (via email)
       Brett M. Waldron, Esquire (via email)
       Kimberly L. Sachs, Esquire (via email)